UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-mj-03449-AOR

UNITED STATES OF AMERICA,

v.

YOELVIS DENIS HERNANDEZ,

Defendant.
_____/

**CRIMINAL COMPLAINT COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? __ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
LINDSEY LAZOPOULOS FRIEDMAN
Assistant United States Attorney
Fla. Bar No. 091792
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9168
Fax: (305) 564-9109
Lindsey.Friedman@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| YOELVIS DENIS HERNANDEZ, | ) Case No. 1:20-mj-03449-AOR |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 08/09-20/2020 in the county of Miami-Dade, Broward, WPB in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 666 | Theft Concerning Programs Receivng Federal Funds; and |
| 18 U.S.C. § 641 | Theft of Government Property |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Neil D'Cunha, S/A U.S. Agency for International Development
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time

Date: 8/24/20

*Judge's signature*

City and state: Miami, Florida
Hon. Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Neil J. D'Cunha, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Office of the Inspector General (OIG) United States Agency for International Development Office of the Inspector General ("USAID"), currently assigned to the OIG Headquarters, Washington, D.C. My current duties involve the investigation of a variety of federal offenses, including theft of government property, transportation of stolen property, money laundering, embezzlement and other violations of federal law. I have been an USAID OIG Special Agent since September 2019. Prior to employment as a Special Agent with USAID, I was employed as a Special Agent with the United States Army Criminal Investigation Command for approximately five (5) years.

2. This Affidavit is submitted in support of a criminal complaint charging YOELVIS DENIS HERNANDEZ ("HERNANDEZ"), with Theft of Government Property, in violation of Title 18, United States Code, Section 641 and Theft Concerning Programs Receiving Federal Funds, in violation of Title 18, United States Code, Section 666. I respectfully submit that probable cause exists to charge HERNANDEZ with theft of one hundred and ninety-two (192) LTV2 2200 ventilators belonging to USAID in violation of Title 18, United States Code, Sections 641 and 666.

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against HERNANDEZ for the above-described criminal violation.

## PROBABLE CAUSE

4.      On Sunday, August 9, 2020, at approximately 1:47 AM, a male, later identified as HERNANDEZ, participated in detaching a 53 foot Hyundai Trailer Vehicle Identification Number ("VIN") 3H3V532C7KT581375, from a tractor, while it was parked at a warehouse parking lot located at 3604 Quantum Boulevard, Boynton Beach, Florida 33435. The trailer contained one hundred and ninety-two (192) LTV2 2200 medical ventilators owned by USAID and worth approximately $3 million.

5.      The tractor trailer was parked at the above location by the truck driver employed by the owner of the trailer, Landstar Inc. while the truck driver spent the night at his residence located nearby. The truck was scheduled to deliver the ventilators to the Miami International Airport and ultimately the ventilators were intended to be delivered to the United States Ambassador to the Republic of El Salvador, R.D.J.. The ventilators were part of an agreement signed between the United States of America and the Government of El Salvador to treat critically ill COVID-19 patients in El Salvador.

6.      On August 9, 2020, the truck driver reported the theft of the trailer to the Boynton Beach Police Department.

7.      Law enforcement reviewed security camera footage from security cameras located in the vicinity of 3600 Quantum Boulevard. The footage revealed an unidentified white tractor without a trailer, arriving in the parking lot at approximately 1:47 AM, on August 9, 2020. Approximately an hour later, at or about 2:55 AM, the tractor was observed leaving the parking lot along with what appeared to be the Hyundai trailer in tow; the trailer in the footage is white with the icon of a star and the name "LANDSTAR" displayed prominently along the length of the trailer. The tractor towing the Hyundai trailer was distinctive: it was a white 2019 Freightliner

Cascadia Fleet model, with no rear windows and a logo of an Eagle affixed or painted on the passenger side of the tractor.

8. On August 12, 2020, at approximately 8:00 AM, a Sheriff's Deputy with Broward County Sheriff's Office noticed a white trailer near 16000 Loxahatchee Road, Parkland, FL 33076. The Sheriff's Deputy passed the location again about an hour later and noticed the trailer was still there. He stopped to examine the trailer and observed that the trailer was missing the license plate and white paint partially obscured the name, "LANDSTAR," which he could still see ran along the length of the trailer. He was able to determine that the Vehicle Identification Number ("VIN") was 3H3V532C7KT581375. A review of the VIN in the National Crime Information Center database indicated the trailer had been reported as stolen. The trailer was empty and appeared to have been abandoned. This trailer's VIN matched the VIN of the stolen trailer of medical ventilators from 3604 Quantum Boulevard on August 9, 2020.

9. Investigation by law enforcement revealed that on July 23, 2020, a white 2019 Freightliner Cascadia Fleet model tractor along with a trailer, was stolen from a Kmart parking lot located at 12400 SW 8th Street, Miami, Florida 33184. The tractor trailer was owned by Nationwide Freight Systems.

10. Physical description of the tractor stolen from the Kmart parking lot matched the description of the tractor observed on the security cameras stealing the Hyundai trailer containing the one hundred and ninety-two (192) LTV2 2200 medical ventilators.

11. Law enforcement contacted Daimler Trucks North America, LLC ("Daimler"), the parent company of Freightliner Inc, and learned that the stolen 2019 Freightliner Cascadia tractor was equipped with a telematics powered Global Positioning System ("GPS") equipment. Daimler

has the ability to obtain historical location tracking for its trucks based on the GPS technology within its trucks.

12.     Daimler provided law enforcement with historical location tracking for the stolen tractor which revealed the that the tractor had been in the location of 3600 Quantum Boulevard in Boynton Beach on August 9, 2020, and had been in the vicinity of 16000 Loxahatchee Road on August 10, 2020 at the specific times matching the incidents. The historical GPS location data also revealed that on August 19, 2020, the tractor was parked at a property in rural western Miami-Dade County, located 16500 SW 212th Avenue, Miami, Florida 33187 ("the Property"), and had been stationary at that location for five days.

13.     During surveillance by law enforcement on August 20, 2020, law enforcement observed a blue BMW X1 SUV with Florida license tags leaving the Property at approximately 10:55 AM through the only entrance onto and off of the fenced Property. Florida Highway Patrol pulled over the blue BMW X1 to conduct an investigatory traffic stop. During the stop, the driver and sole occupant of the vehicle, YOELVIS DENIS HERNANDEZ ("HERNANDEZ"), provided Florida Highway Patrol with his Florida Driver License. The Florida Highway Patrol Trooper conducted a search of the Driver License on the Driver and Vehicle Information Database and discovered that HERNANDEZ's driver's license was suspended. The Florida Highway Patrol Trooper arrested HERNANDEZ for driving with a suspended license. A search of the BMW X1 incident to the arrest revealed a BMX X1 ignition key fob along with four unidentified keys attached to the key ring. The key ring was collected by law enforcement during the inventory of the BMW X1. The BMW X1 is a rental car and is not titled to HERNANDEZ.

14.     On August 20, 2020, pursuant to a federal search warrant (20-mj-3439-Goodman), USAID and Federal Bureau of Investigations conducted a search of the Property. During the

execution of the search warrant, law enforcement found the stolen 2019 Freightliner Cascadia tractor along with a white in color trailer secured with a master lock. The master lock was cut with a grinder, which revealed the LTV2 2200 ventilators and accessories with USAID-branded packaging concealed within the trailer. The packaging and branding were consistent with the packaging and branding of the stolen ventilators, and were later confirmed to be the stolen ventilators.

15. Law enforcement subsequently compared the cut master lock with the keys found on the BMW key ring at the time of HERNANDEZ's arrest. Law enforcement was able to open the master lock from the trailer with two of the four keys recovered from HERNANDEZ's key ring following the traffic stop. A third key was able to open the padlock used to secure the entry/exit of the Property.

16. Law enforcement interviewed A.R., property owner of the Property. A.R. told law enforcement that HERNANDEZ had paid A.R. $140.00 to park the tractor trailer on his property. A.R. identified HERNANDEZ as the individual who paid him $140.00 to park the truck and trailer. A.R. also told law enforcement that he had given HERNANDEZ a key to the padlock used to secure the entry/exit of the Property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CONCLUSION

17.   Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that probable cause exists to charge HERNANDEZ with stealing one hundred and ninety-two (192) LTV2 2200 medical ventilators belonging to USAID and in the care, custody, control and possession of Landstar Inc., in violation of Title 18, United States Code, Sections 641 and 666.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
NEIL N. D'CUNHA, SPECIAL AGENT
U.S. AGENCY FOR INT'L DEVELOPMENT

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 24th day of August 2020.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE