Case 1:20-cr-20252-MGC Document 19 Entered on FLSD Docket 12/10/2020 Page 1 of 9

FILED by YH D.C.

Dec 8, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-20252-CR-COOKE/O'SULLIVAN**

CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 659
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

YOELVIS DENIS HERNANDEZ,
    a/k/a "Guajiro," and
LUIS URRA MONTERO,
    a/k/a "Flaco,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Possess Goods Stolen From an Interstate Shipment
### (18 U.S.C. § 371)

Beginning on or about August 8, 2020, and continuing through on or about August 20, 2020, in Miami-Dade County, Palm Beach County, and Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**YOELVIS DENIS HERNANDEZ,**
a/k/a "Guajiro," and
**LUIS URRA MONTERO,**
a/k/a "Flaco,"

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with persons known and unknown to the Grand Jury, to commit offenses against the United States, that is:

    a. to knowingly receive and have in their possession goods, valued at $1,000 or more, that is, medical ventilators and ventilator equipment, which had been stolen, unlawfully taken, and carried away from a motor truck and trailer, which goods were moving as, and which were part of, and which constituted an interstate and foreign shipment of freight and other property, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 659; and

    b. to knowingly and willfully embezzle, steal, and purloin, and convert to their own use, a thing of value of the United States and a department and agency thereof, that is, the United States Agency for International Development, the aggregate value of which exceeded $1,000, that is, medical ventilators and ventilator equipment, to which they were not entitled, in violation of Title 18, United States Code, Section 641.

## **PURPOSE OF THE CONSPIRACY**

It was the purpose of the conspiracy for **YOELVIS DENIS HERNANDEZ, a/k/a "Guajiro,"** and **LUIS URRA MONTERO, a/k/a "Flaco,"** to unlawfully enrich themselves and their coconspirators by stealing medical ventilators and ventilator equipment that belonged to the United States that had been shipped in interstate commerce.

## **OVERT ACTS**

In furtherance of the conspiracy and to achieve the purpose and objects thereof, at least one of the co-conspirators committed or caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. On or about August 9, 2020, in Palm Beach County, **LUIS URRA MONTERO**, **YOELVIS DENIS HERNANDEZ**, and their co-conspirators stole a white Hyundai trailer with a Vehicle Identification Number ending in 1375 containing one hundred and ninety-two (192) LTV2 2200 medical ventilators and accompanying equipment belonging to the United States Agency for International Development.

2. On or about August 9, 2020, in Palm Beach County, **LUIS URRA MONTERO** drove a Maserati sedan from Miami-Dade County to Palm Beach County to assist with the theft of the Hyundai trailer containing medial ventilators belonging to the United States Agency for International Development.

3. On or about August 9, 2020, in Palm Beach County, **YOELVIS DENIS HERNANDEZ** called **LUIS URRA MONTERO** at approximately 5:14 a.m.

4. On or about August 10, 2020, in Miami-Dade County, **YOELVIS DENIS HERNANDEZ** and **LUIS URRA MONTERO** paid approximately $140 cash to secure the stolen ventilators and ventilator equipment on property, located in Miami-Dade County, Florida.

5. On or about August 19, 2020, **YOELVIS DENIS HERNANDEZ** paid approximately $256 to rent a storage unit at Extra Space Storage in Miami-Dade County, Florida, in order to store certain of the stolen ventilators.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Possession of Goods Stolen from Interstate Shipment
### (18 U.S.C. § 659)

Beginning on or about August 8, 2020, and continuing through on or about August 20, 2020, in Miami-Dade County and Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**YOELVIS DENIS HERNANDEZ,**
a/k/a "Guajiro," and
**LUIS URRA MONTERO,**
a/k/a "Flaco,"

did knowingly receive and have in their possession goods, valued at $1,000 or more, that is, medical ventilators and ventilator equipment, which had been stolen, unlawfully taken, and carried away from a motor truck and trailer, which goods were moving as, and which were part of, and which constituted an interstate and foreign shipment of freight and other property, knowing the same to have been stolen, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT 3
### Theft of Government Property
### (18 U.S.C. § 641)

On or about August 9, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**YOELVIS DENIS HERNANDEZ,**
a/k/a "Guajiro," and
**LUIS URRA MONTERO,**
a/k/a "Flaco,"

did knowingly and willfully embezzle, steal, and purloin, and convert to their own use, a thing of value of the United States and a department and agency thereof, that is, the United States Agency for International Development, the aggregate value of which exceeded $1,000, that

4

is, medical ventilators and ventilator equipment, to which the defendants were not entitled, in violation of Title 18, United States Code, Sections 641 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for alleging criminal forfeiture to the United States of certain property in which the defendants, **YOELVIS DENIS HERNANDEZ, a/k/a "Guajiro,"** and **LUIS URRA MONTERO, a/k/a "Flaco,"** have an interest.

2. Upon the conviction of a violation of Title 18, United States Code, Section 659, or conspiracy to commit such violation, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

3. Upon the conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

YOELVIS DENIS HERNANDEZ,
a/k/a "Guajiro," and LUIS URRA
MONTERO, a/k/a "Flaco," **Defendants.** /

**Superseding Case Information:**

**Court Division:** (Select One)
✓   Miami          \_\_\_ Key West
\_\_\_ FTL            \_\_\_ WPB       \_\_\_ FTP

New defendant(s)            Yes \_\_\_  No \_\_\_
Number of new defendants    \_\_\_\_
Total number of counts      \_\_\_\_

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes
   List language and/or dialect     Spanish

4. This case will take  3-4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days        ✓              Petty       \_\_\_\_
   II   6 to 10 days       \_\_\_\_          Minor       \_\_\_\_
   III  11 to 20 days      \_\_\_\_          Misdem.     \_\_\_\_
   IV   21 to 60 days      \_\_\_\_          Felony      ✓
   V    61 days and over   \_\_\_\_

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge                                Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)    Yes
   If yes: Magistrate Case No.                  20-mj-3449-AOR; 20-mj-3571-JB
   Related miscellaneous numbers:
   Defendant(s) in federal custody as of        9/25/2020
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)      No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?       Yes \_\_\_\_     No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?       Yes \_\_\_\_     No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?       Yes \_\_\_\_     No ✓

_____
Lindsey Lazopoulos Friedman
Assistant United States Attorney
Florida Bar Number 091792

\*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** YOELVIS DENIS HERNANDEZ a/k/a "Guajiro"

**Case No:** _____

Count #: 1

Conspiracy to Steal Property of U.S. and to Possess Goods Stolen from Interstate Shipment

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 years' Imprisonment

Count #: 2

Possession of Goods Stolen from an Interstate Shipment

Title 18, United States Code, Section 659

**\*Max. Penalty:** 10 years' Imprisonment

Count #: 3

Theft of Government Property

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** LUIS URRA MONTERO a/k/a "Flaco"

**Case No:** _____

Count #: 1

Conspiracy to Steal Property of U.S. and to Possess Goods Stolen from Interstate Shipment

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 years' Imprisonment

Count #: 2

Possession of Goods Stolen from an Interstate Shipment

Title 18, United States Code, Section 659

**\*Max. Penalty:** 10 years' Imprisonment

Count #: 3

Theft of Government Property

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.